FILED
U.S. DISTRICT COURT

2009 JUL -9 A 10:00

DISTRICT OF UTAH

BY: _____

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| VICTORIA SETHUNYA and CLETUS SETHUNYA<br><br>Plaintiff(s),<br><br>vs.<br><br>BONAIR MANAGEMENT and SHALISE VIGIL<br><br>Defendant(s), | ORDER APPROVING REPORT AND RECOMMENDATION<br><br><br><br><br><br>Case No. 2:09-cv-249 |

The Complaint in this matter was filed on March 19, 2009. An Amended Complaint was filed on March 25, 2009. By order dated March 23, 2009, the matter was referred to Magistrate Judge Sam Alba under 28 U.S.C. § 636(b)(1)(B). Pursuant to the reference, the Magistrate Judge issued a Report and Recommendation on Plaintiffs' Motion for Default Judgment (Docket Entry No. 10). The Report and Recommendation noted that any objections to the Report and Recommendation were required to be filed within ten (10) days after receiving it. On May 23, 2009, plaintiff filed a Response Re: Report and Recommendation Re: Motion for Default Judgment as to defendant Bonair Management, LLC. The court will accept the response as an objection filed pursuant to 28 U.S.C. § 636(b). As required by that section, the court is required to review any matters of the Report and Recommendation to which objections are filed *de novo*.

The court has reviewed each of the pleadings and memoranda in support and in opposition to the proposed motion, together with the underlying documentation. The Motion for Entry of Default Judgment was properly denied. The court ADOPTS in full the reasoning of the Report and Recommendation and APPROVES the Order.

DATED this 8th day of July, 2009.

BY THE COURT:

HONORABLE CLARK WADDOUPS
U.S. District Court Judge